UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

REGINALD LEE GAIL,                    CIVIL NO. 08-404 (JMR/JSM)

    Petitioner,

v.                                      **ORDER**

LYNN M. DINGLE, Warden,

    Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 20, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    **IT IS HEREBY ORDERED that:**

    1. Reginald Lee Gail's Petition for Habeas Corpus by a Person in State Custody [Docket No. 1] is **DISMISSED WITH PREJUDICE**.

    2. Reginald Lee Gail's Motion to Have Civil No. 08-404 Chronology Reported [Docket No. 27] is **DENIED** as moot.

    LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: February 23, 2010

                                     s/James M. Rosenbaum
                                     JAMES M. ROSENBAUM
                                     United States District Judge